FILED
SEP 24 2015
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANTON ANDREW RIVERA; ET AL, <br><br> Appellant, <br><br> v. <br><br> , <br><br> Appellee. | Case No. 15-cv-04402-EJD |

RE: Anton Andrew Rivera, et al

    Bankruptcy Case: 14-54193

    Adversary No.:

    BAP No.: nc--15-1280

    Appellant: Anton A. and Denise A Rivers

The appeal has been assigned the following case number, 15-cv-04402-EJD before the Honorable Edward J. Davila .

    Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

    Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 28 days after the record on appeal has been entered on the District Court docket.

    The appellee must serve and file a brief not exceeding 25 pages in length 21 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

1  The appellee must serve and file a brief not exceeding 25 pages in length 21 days after service of
2  appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the
3  issues and argument pertinent to the cross-appeal, denominated as such.

4      The appellant must serve and file a reply brief not exceeding 15 pages in length 14 days
5  after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must
6  include its opposition in its reply brief.

7      The appellee may serve and file a reply to the opposition to any cross appeal not exceeding
8  15 pages in length 14 days after service of appellant's brief.

9      Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge
10 will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for
11 decision.

Dated: 9/25/2015

For the Court
Susan Y. Soong, Clerk
*Susan Y. Soong*

_____
By: Deputy Clerk Betty Walton

2