UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>ANTON A. RIVERA AND DENISE A. RIVERA,<br><br>　　　　　　Debtors. | Case No.  5:15-cv-04402-EJD<br><br>**MOTION SCHEDULING ORDER**<br><br>Re: Dkt. No. 3 |

　　　　As to Appellants' Emergency Motion to Stay Pending Appeal (Docket Item No. 3), the court orders as follows:

　　　　1.　　Any opposition to the motion shall be filed on or before **4:00 p.m. on November 2, 2015.**

　　　　2.　　Any reply to the opposition shall be filed on or before **4:00 p.m. on November 4, 2015.**

　　　　3.　　The matter will be deemed submitted upon the filing of the reply or upon the close of business on November 4, 2015, whichever occurs first, and a decision will issue based on the papers unless the court orders otherwise.

　　　　**IT IS SO ORDERED.**

Dated:  October 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge