1  DAVID D. PIPER, CASB No. 179889
   david.piper@kyl.com
2  STEFAN PEROVICH, CASB No. 245580
   stefan.perovich@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate
   Long Beach, California 90802
5  Telephone:  (562) 436-2000
   Facsimile:  (562) 436-7416
6
   Attorneys for Appellee
7  DEUTSCHE BANK NATIONAL TRUST
   COMPANY, as trustee of certificate-
8  holders of the WAMU MORTGAGE PASS
   THROUGH CERTIFIES SERIES 2005-
9  AR6

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13

14  In re:                          )  Case No. 15-cv-04402-EJD
                                    )
15  ANTON ANDREW RIVERA AND         )  Bankruptcy Case: 12-49073; 14-54193
    DENISE ANN RIVERA,              )
16                                  )  **DECLARATION OF JOSHUA**
                     Appellants,    )  **NORTON IN SUPPORT OF**
17                                  )  **OPPOSITION TO DEBTORS'**
             vs.                    )  **EMERGENCY MOTION FOR STAY**
18                                  )  **PENDING APPEAL**
    DEUTSCHE BANK NATIONAL TRUST    )
19  COMPANY, AS TRUSTEE OF          )
    CERTIFICATE-HOLDERS OF THE      )
20  WAMU MORTGAGE PASS THROUGH      )
    CERTIFIES SERIES 2005-AR6,      )
21                                  )
                     Appellee.      )
22  _____  )

23

24            **DECLARATION OF JOSHUA NORTON**

25        I, JOSHUA NORTON, declare as follows:

26        1.     I am an attorney at law and a member of the law firm of Keesal,

27  Young & Logan, counsel for Appellee DEUTSCHE BANK NATIONAL TRUST

28  COMPANY as trustee for certificate-holders of the WAMU mortgage pass through

- 1 -                                    KYL_LB1873129

1  certificate Series 2005-AR6 ("Deutsche Bank") in this action.  All of the facts stated in

2  this declaration are true of my own knowledge and if called to testify, I could testify

3  competently thereto.

4        2.     Attached hereto as "Exhibit A" if a true and correct copy of the

5  relevant portions of the transcript for the February 25, 2015 evidentiary hearing on

6  Debtors' objection to Deutsche Bank's proof of claim, which was held before the

7  Honorable M. Elaine Hammond of the United States Bankruptcy Court for the Northern

8  District of California in Debtors' Chapter 13 bankruptcy case, Case No. 14-54193.  The

9  copy of the transcript attached as Exhibit A was filed by Debtors as part of their

10  opening brief's appendix in their appeal before the BAP in Case No. 15-1120.

11        3.     Attached hereto as "Exhibit B" is a true and correct copy of an email

12  sent by Debtors' counsel to Deutsche Bank's counsel, Mr. Stefan Perovich, on

13  September 28, 2015 in which he indicated that Debtors were planning to file a request

14  for a stay of their appeal of the dismissal of their Chapter 13 case pending a resolution

15  of their appeal of the Bankruptcy Court's order establishing the amount of Deutsche

16  Bank's claim.

17        4.     Attached hereto as "Exhibit C" is a true and correct copy of an email

18  sent by the assistant for Deutsche Bank's counsel, Mr. Stefan Perovich, to Debtors'

19  counsel on October 15, 2015, in which Mr. Perovich forwarded a copy of the Notice of

20  Trustee's Sale setting a sale date of November 12, 2015 to Debtors' counsel.

21        Executed this 2nd day of November, 2015, at Long Beach, California.

22        I declare under penalty of perjury under the laws of the United States and

23  the State of California that the foregoing is true and correct.

24

25              /s/ Joshua Norton_____
            JOSHUA NORTON

26

27

28

DECLARATION OF JOSHUA NORTON IN SUPPORT OF OPPOSITION TO DEBTORS'
EMERGENCY MOTION FOR STAY PENDING APPEAL - Case No. 15-cv-04402-EJD

# EXHIBIT  A

NUMBER NC-15-1120

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT -BANKRUPTCY APPELLATE PANEL

_____

ANTON A. RIVERA and DENISE A. RIVERA,
Debtors-Appellants
Vs.
DEUTSCHE BANK NATIONAL TRUST COMPANY as TRUSTEE of
CERTIFICATE HOLDERS OF THE WAMU MORTGAGE PASS
THROUGH CERTIFICATES SERIES 2005-AR6
Claimant –Appellee

_____

APPELLANTS AMENDED EXCERPT OF RECORD

VOLUME 1

_____

Appeal from the United States Bankruptcy Court, Northern California -
Oakland Division for the Ninth District of California,
BK Case Number: 14-54193 MEH 13
Honorable Judge M. Elaine Hammond

Ronald H. Freshman (SBN # 225136)
LAW OFFICE OF RONALD H. FRESHMAN
3040 Skycrest Drive
Fallbrook, CA  92028
Telephone:  (858) 756-8288
Facsimile: (858) 964-1728

# INDEX

## APPELLANTS EXCERPT OF RECORD

## VOLUME 1

ANTON A. RIVERA and DENISE A. RIVERA,
Debtors-Appellants
Vs.
DEUTSCHE BANK NATIONAL TRUST COMPANY as TRUSTEE of
CERTIFICATE HOLDERS OF THE WAMU MORTGAGE PASS
THROUGH CERTIFICATES SERIES 2005-AR6
Claimant –Appellee

## BAP APPEAL NUMBER NC-15-1120

| DOCKET # | DATE | DESCRIPTION | PAGES |
|---|---|---|---|
| 152 | 2/23/2015 | Pre-Trial Meet and Confer | V1, p.0001-0004 |
| 157 | 3/30/2015 | March 30, 2015 Order | V1, p.0005-0006 |
| 158 | 3/30/2015 | March 30, 2015 Order Memorandum | V1, p.0007-0022 |
| Claim 2-1 | 1/22/2013 | Proof of Claim # 2 | V1, p.0023-p.0068 |
| Debtors Exh. A | 2/25/2015 | Exh. A- TILA Disclosure | V1, p.0069 –p.0070 |
| 99 | 3/7/2014 | Reply to Opp. To Objection to Proof of Claim | V1, p.0071-p.0105 |
| 137 | 1/30/2015 | Supplemental Objection to Proof of Claim | V1, p.0106-0117 |
| 138 | 1/30/2015 | Declaration of Denise A. Rivera | V1, p.0118-p.0128 |
| 144 | 2/18/2015 | Debtors Trial Brief | V1, p.0129-0138 |
| 143 | 2/18/2015 | Claimants Trial Brief (All exhibits except 14 omitted) | V1, p.0139-p.0173 |
| 146 | 2/19/2015 | Claimants Motion in Limine | V1, p.0174-p.0179 |
| 147 | 2/20/2015 | Debtors Opp'n to Motion in Limine | V1, p.0180-p.0188 |
| 150 | 2/23/2015 | Claimants Motion in Limine | V1, p.0190-0198 |

| DOCKET # | DATE | DESCRIPTION | PAGES |
|---|---|---|---|
| 155 | 2/25/2015 | Debtors Opp'n to Motion in Limine | V1, p.0199-0203 |
| Claimant Exh. | 2/25/2015 | Payment History | V1, p.0199-0203 |
| Claimant Exh. | 2/25/2015 | Escrow Analysis | V1, p.204-0247 |
| Debtors Exh. E | 2/25/2015 | Monthly Mortgage Statements | V2, p.0248-0371 |
| Debtors Exh. I | 2/25/2015 | Trial Plan Payment Agreement | V2, p.0372-0380 |
| Debtors Exh. K | 2/25/2015 | Debt Validation Letter | V2, p.0381-0382 |
| Debtors Exh. M | 2/25/2015 | Notice of Collection | V2, p.0383-0385 |
| Debtors Exh. O | 2/25/2015 | Notices of Rate Adjustments | V2, p.0386-0395 |
| Debtors Exh. BB | 2/25/2015 | WMMSC Remittal Reports | V2, p.0396-0472 |
| Debtors Exh. C | 2/25/2015 | Pooling & Servicing Agreement | V2, p.0473-0719 |
| 163 | 4/27/2015 | Notice of Appeal with Registration of Dockets | V3, p.0720-0296 |
|  | 2/25/2015 | Reporters Transcript of Feb. 25, 2015 hearing. AEOR 34 Reporters Transcript | Reporters Transcript ("RT") |

3

1
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

2
OAKLAND DIVISION

3
In re:                          )  **Case No. 14-54193**
                                )  Chapter 13

4
ANTON ANDREW RIVERA and         )
DENISE ANN RIVERA,              )  February 25, 2015

5
                                )  Oakland, California
          Debtors.              )  9:00 a.m.

6
                                )
                                )  TRIAL - OBJECTION TO DEUTSCHE

7
                                )  BANK PROOF OF CLAIM (32);
                                )  DEUTSCHE BANK'S MOTIONS IN

8
                                )  LIMINE #1, #2, AND #3
                                )  (146, 148, 153); DEBTOR'S

9
                                )  OPPOSITIONS (147, 151);
                                )  DEBTOR'S MOTION IN LIMINE

10
                                )  (148)
                                )

11
_____)

12
TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE M. ELAINE HAMMOND,

13
UNITED STATES BANKRUPTCY JUDGE.

14
APPEARANCES:

15
For the Debtor:              Ronald H. Freshman
                             Kimberly Cromwell, Paralegal

16
                             LAW OFFICES OF RONALD H. FRESHMAN
                             3040 Skycrest Drive

17
                             Fallbrook, CA  92028
                             (858) 756-8288

18

19
For Deutsche Bank:           Stefan Perovich
                             David D. Piper

20
                             KEESAL, YOUNG & LOGAN, P.C.
                             400 Oceangate

21
                             Long Beach, CA  90802
                             (562) 436-2000

22
Electronic Court             Erin Hamilton
Recorder:                    UNITED STATES BANKRUPTCY COURT

23
                             P.O. Box 2070
                             Oakland, CA  94604-2070

24
                             (510) 879-3600

25

```
1   Transcription Service:        Kathy Rehling
                                  311 Paradise Cove
2                                 Shady Shores, TX   76208
                                  (972) 786-3063
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                  Proceedings recorded by digital sound recording;
25                  transcript produced by transcription service.
```

```
1        OAKLAND, CALIFORNIA - FEBRUARY 25, 2015 - 9:04 A.M.

2            THE CLERK:   All rise.   This is the United States

3   Bankruptcy Court for the Northern District of California, the

4   Honorable Elaine Hammond presiding.

5            THE COURT:  Good morning.   Please be seated.   Okay.

6   Good morning.   We are here today for a trial on the objection

7   to claim in the matter of Anton and Denise Rivera.   Let me

8   start by getting the parties' appearances, please.

9            MR. FRESHMAN:   Good morning, Your Honor.   Ron Freshman

10  appearing on behalf of the Riveras.

11           THE COURT:   Okay.

12           MR. PEROVICH:   Good morning, Your Honor.   Stefan

13  Perovich appearing on behalf of creditor Deutsche Bank.

14           THE COURT:   Okay.

15           MR. PIPER:   Good morning, Your Honor.   David Piper,

16  also with Keesal, Young & Logan, for creditor.   And our client

17  Margaret Dyer is here as well.

18           THE COURT:   Okay.   It is nice to have some faces to go

19  with some voices I've had on the phone.   Some I've seen, of

20  course, before.

21      But, all right.   Let me start by I had sent on Monday an

22  order requiring a pretrial meet-and-confer by the parties,

23  because based on my review of the trial briefs that were

24  submitted it looked like a number of issues were actually not

25  in dispute as to facts.   And if that's the case, that can help
```

1  winnow the issues for trial.  So, have the parties met and

2  conferred?

3          MR. PEROVICH:  Yes, Your Honor.  We did meet and

4  confer regarding your pretrial order.

5          THE COURT:  And so what's the report?  Can you tell

6  which of these, if any, have you agreed to stipulate as to the

7  fact?

8          MR. PEROVICH:  Your Honor, the creditor stipulates to

9  1 through 8.

10          THE COURT:  Okay.

11          MR. PEROVICH:  I believe that the Debtors had a couple

12  issues they were going to look into.  I believe they had issues

13  with respect to #4 and #7.

14          THE COURT:  Mr. Freshman, I'll let you --

15          MR. FRESHMAN:  Yes, Your Honor.  On #7, I guess my

16  concern is that the master servicer, or the master servicer who

17  is not Chase, had advanced funds to the Riveras' default, so

18  it's different because what our records are showing is that

19  Washington Mutual Securities is reporting them to actually

20  being advancing that.  So I was just -- that particular issue,

21  I was concerned about.

22          THE COURT:  Okay.  So, --

23          MR. FRESHMAN:  With regards to the source of funds,

24  Your Honor.  We don't --

25          THE COURT:  I picked up the term from the PSA because

1          MR. FRESHMAN:  Escrow.

2          THE COURT:  Okay.

3          MR. FRESHMAN:  Yes.  Yes, Your Honor.

4          THE COURT:  All right.  So, but again, that's the

5    legal issue.  I'm looking at facts we need today as to what

6    somebody needs to get on the stand and tell me and explain, not

7    the legal issue of how I interpret the note and deed of trust.

8    Is there -- so, is there any dispute -- is there anything in

9    that calculation that's in dispute?  Taxes, insurance?  Or is

10   it just the minimum balance amount?

11         MR. FRESHMAN:  The -- I don't know how to answer that,

12   Your Honor.  I apologize.

13         THE COURT:  Let me ask.  Do you need trial testimony

14   as to the taxes?

15         MR. FRESHMAN:  Yes.

16         THE COURT:  Okay.  Then it's in dispute.

17     All right.  Okay.  And then so the other issue that has

18   come up is -- this has an unusual history in that there's both

19   an adversary proceeding and an objection to claim that are

20   proceeding addressing the same claim.  One has dealt with the

21   ability of Deutsche Bank to assert a secured claim.  The other

22   has dealt with calculation of the claim balance.  They've been

23   on separate tracks.  It was -- the adversary was recently

24   reversed and remanded.  We had a status conference.  Frankly,

25   at this point, you have both tried to give me evidence in your

1  trial briefs on standing and you have both argued in motions in

2  limine that the other side should not be allowed to do so.  So,

3  my question is: I had not planned on addressing that issue.  In

4  many ways, it is a legal issue, though, and I don't know how

5  many of the facts are in dispute.  I will not do it unless both

6  parties consent.  But if both parties want to have the

7  opportunity to present the facts on that issue and then provide

8  supplemental legal briefing later, I will allow it, in the

9  interest of not requiring witnesses to appear twice, because in

10  many ways I think your facts are cross-overs with the facts

11  you're going to want on other issues, such as the note, the

12  deed of trust, what are the recorded documents, and the PSA.

13  There may be more.  I don't know.  But those are all clear

14  cross-overs with what you need for the objection to claim.

15      So, my question is, do the parties want to bring that issue

16  in here today to allow fact testimony on it, and I will provide

17  an opportunity for supplemental legal briefs if you want it.

18  If you don't want it and you want to waive it, fine with me.

19  But I wouldn't -- I'm telling you I wouldn't take it under

20  submission without giving you the opportunity to further brief

21  it, if you so choose.

22          MR. FRESHMAN:  At this time, Your Honor, we would

23  decline.

24          THE COURT:  Okay.  That's fine.  I'm not doing it

25  unless both agree, so --

Paatalo - Direct                                    166

1  A    No.

2       (Counsel confer.)

3           MR. FRESHMAN:  Strike that, Your Honor.

4  BY MR. FRESHMAN:

5  Q   You also testified that you review chain of title and has

6  -- is that part of --

7           THE COURT:  No.  He's specifically -- that,

8  specifically, that's what is not a part of today's hearing, at

9  your choice.

10          MR. FRESHMAN:  Okay.  Okay.  No problem.

11 BY MR. FRESHMAN:

12 Q   Is there anything in ABSNet that indicates that the

13 certificate holders have made any type of reimbursement?

14 A   No, there is not.

15          MR. FRESHMAN:  I don't have any more questions, Your

16 Honor.

17          MR. PIPER:  Your Honor, I don't know if now would be

18 a good time.  I can cut my cross down substantially if I could

19 have about five minutes.  I don't know if this is a good time

20 for a break.

21          THE COURT:  It is a good time for a break.  We will

22 reconvene at 3:25.

23          MR. PIPER:  Thank you, Your Honor.

24          THE COURT:  All right.  We're in recess.

25          MR. FRESHMAN:  Thank you very much.

D. Rivera - Cross                                197

1   Q    And do you recognize the signatures?

2   A    Yes.

3   Q    And whose signatures are those?

4   A    My husband and mine.

5   Q    Okay.  And can you flip the page?  And I'm sorry, keep

6   flipping until you get to a statement that says, that starts

7   off saying, Here are the bullet points of our financial

8   dilemma?

9   A    Here are the bullet points?  Would you refer to a page,

10  please?

11  Q    You know, and I apologize, it's not --

12  A    What --

13  Q    It's the document that's just a -- it looks like a

14  printout of a letter.

15  A    Uh-huh.

16  Q    And it's not --

17  A    You mean the last one?

18  Q    Yes.

19  A    Yes, sir.

20  Q    Okay.  Thank you.  If you flip to the next page, --

21  A    Yes, sir.

22  Q    -- if you see that first paragraph, it's not the first

23  full paragraph, but the last sentence there.

24  A    I'm sorry.  Yes, sir.

25  Q    And the last sentence in that paragraph states, Looking

D. Rivera - Cross                                198

1    back, we saw the presentation of this loan was very quick and

2    we didn't ask the right questions.  We blame only ourselves

3    for our rash actions.

4    A   We blame only ourselves for our rash actions.  Yes.

5    Q   Okay.

6    A   That's what it says.

7    Q   And then can you flip the page again, Ms. Rivera?

8    A   Yes, sir.

9    Q   Do you recognize the signatures on the last page of this

10   document?

11   A   Yes.  My husband and mine.

12   Q   Okay.

13         MR. PEROVICH:  Your Honor, I'd like to enter this

14   document into evidence.

15         MR. FRESHMAN:  We're okay.

16         THE COURT:  Okay.  There being no opposition, Exhibit

17   RR is admitted.

18      (Deutsche Bank's Exhibit RR is received into evidence.)

19         MR. PEROVICH:  Your Honor, if I can just have two

20   minutes.  I'm trying to cut out things here in --

21         THE COURT:  That's fine.  We'll just all sit here,

22   but take two minutes.  That's fine.

23      (Pause, 4:12 p.m. to 4:14 p.m.)

24   BY MR. PEROVICH:

25   Q   Ms. Rivera, can I ask you -- and I'll pick up the book for

1   that your last payment on your loan was made in December of

2   2009; isn't that correct?

3   A   We made a trial plan payment of $1,736.  So, the answer to

4   that is yes.

5   Q   In December of 2009; is that correct?

6   A   Yes.

7           MR. FRESHMAN:  Objection, misstates testimony.

8           THE COURT:  What's the misstatement?

9           MR. FRESHMAN:  The misstatement is that I asked her

10  specifically if she stopped making payments, she stopped

11  making payments because that she was told to stop making

12  payments, and that she continued to make payments.

13          THE COURT:  No, then she made the three trial plan

14  payments and then she hasn't made anything until she started

15  paying the $1,000 a month into -- during the bankruptcy case.

16  BY MR. PEROVICH:

17  Q   So, Ms. Rivera, if you -- so, this letter is dated March

18  31, 2010, so it's just a few months after you stopped making

19  payments.  Is that correct?

20  A   This -- well, it says three months.  So it's not a few

21  months.  This is three months, right?

22  Q   You're exactly right.  I was not being very precise.  So,

23  if you look towards the bottom of this document, do you see

24  the part where it says, Unpaid principal balance of your loan

25  will be adjusted as follows?  Do you see that section?

# EXHIBIT  B

**Norton, Joshua**

---

**From:** Ron Freshman [mailto:ronfreshman@gmail.com]
**Sent:** Monday, September 28, 2015 4:12 PM
**To:** Perovich, Stefan
**Subject:** Rivera matter

Hi Stefan,

I wanted to know if you would oppose our Filing a Notice of Stay pending outcome of BAP ruling.

This is for 15-1280 Anton Rivera, et al v. Deutsche Bank National Trust "District Court Case No. received" (14-54193).

Please let me know at your earliest convenience but prior to the end of the week.

Much appreciated,
Ron

**EXHIBIT  C**

**Norton, Joshua**

| | |
|---|---|
| **From:** | Brouttier, Blake |
| **Sent:** | Thursday, October 15, 2015 11:14 AM |
| **To:** | 'ronfreshman@gmail.com' |
| **Cc:** | Perovich, Stefan |
| **Subject:** | Anton and Denise Rivera |
| **Attachments:** | Denise Rivera Notice of Trustee's Sale.pdf; Anton Rivera Notice of Trustee's Sale (certified) .pdf; Denise Rivera Notice of Trustee's Sale (certified).pdf; Anton Rivera Notice of Trustee's Sale (certified) .pdf |

Dear Mr. Freshman:

Attached please find the Notice of Trustee's Sale for Anton and Denise Rivera's property. Hard copies to follow via Certified Mail.

............................................................................................................................

**Blake Brouttier**
**Legal Assistant**
**Keesal, Young & Logan**
400 Oceangate, Long Beach, CA 90802
562.436.2000 (office) | 562.436.7416 (fax)
blake.brouttier@kyl.com | www.kyl.com

🌲 *Think Green. Keep it on the Screen.*

KYL has offices in Los Angeles/Long Beach, San Francisco, Seattle, Anchorage and Hong Kong.  This e-mail contains information that may be confidential and privileged.  Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy or disclose this message, or any information contained herein. If you have received this message in error, please advise the sender by reply e-mail and delete this message.  Nothing in this message should be interpreted as a digital or electronic signature that can be used to authenticate a contract or legal document.  Unauthorized use of this information in any manner is prohibited.

Case Name: *Anton Andrew Rivera and Denise Ann Rivera v. Deutsche Bank National Trust Company, etc., et al.*
Case No.: USDC Northern District Case No. 15-CV-04402
KYL File No.: 7365-1231

**1**

# PROOF OF SERVICE

**2**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and

**3**

not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California 90802.

  On November 2, 2015, I served the foregoing documents described as **DECLARATION OF**

**4**

**JOSHUA NORTON IN SUPPORT OF OPPOSITION TO DEBTORS' EMERGENCY MOTION FOR STAY PENDING APPEAL** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**5**

Ronald F. Freshman

**6**

Law Offices of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, California 92028

**7**

Telephone: (858) 756-8288
*Attorney for Appellants*

**8**

  ☑  BY CM/ECF:  The document was electronically served on the parties to this action via

**9**

the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

  Executed on November 2, 2015 at Long Beach, California.

**10**

  I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

**11**

  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**12**

**13**

BLAKE BROUTTIER

**14**

**15**

KYL_LB1761711

**16**

Proof of Service