UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>ANTON A. RIVERA AND DENISE A. RIVERA,<br><br>　　　　　　　Debtors/Appellants. | Case No. 5:15-cv-04402-EJD<br><br>**ORDER TO SHOW CAUSE** |

On September 24, 2015, the Clerk docketed a Notice of Appeal transferred from the Bankruptcy Appellate Panel filed by Appellants Anton A. Rivera and Denise A. Rivera. ("Appellant") and issued a scheduling order. Dkt. Nos. 1, 2. To date, however, the record on appeal has not been docketed and briefing has not commenced.

Accordingly, the court hereby issues an order to show cause why this appeal should not be dismissed for failure to prosecute. If Appellants do not, by **April 22, 2016**, demonstrate good cause in writing why this appeal should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and/or Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8009(g). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: April 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-04402-EJD
ORDER TO SHOW CAUSE