UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>ANTON A. RIVERA AND DENISE A. RIVERA,<br><br>        Debtors/Appellants. | Case No.  5:15-cv-04402-EJD<br><br>**ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

Having reviewed Appellants' response filed on April 22, 2016 (Dkt. No. 9), the court orders as follows:

1. On or before **May 6, 2016**, Appellants shall file a notice with evidence attached demonstrating they ordered the transcripts and made the requisite payment for such transcripts on April 29, 2016, as represented in their response.

2. In addition, Appellants shall investigate the status of the record in this action, which to date does not appear on the district court's docket. Such investigation should include, but is not necessarily limited to, contact with the bankruptcy clerk in charge of forwarding the record from that court to the district court. Appellants may provide the bankruptcy clerk a copy of this order and may inform the bankruptcy clerk that the record has not been received. Appellants shall thereafter file a brief declaration detailing the efforts made to secure the record and providing any other pertinent information on or before **May 13, 2016.**

1   Appellants are advised that the Order to Show Cause remains pending and has not been
2   discharged.  Dkt. No. 8.  Accordingly, any failure to comply with this order may result in the
3   dismissal of this action without further advance notice.

5   **IT IS SO ORDERED.**

6   Dated:  May 3, 2016



EDWARD J. DAVILA
United States District Judge