UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>ANTON A. RIVERA AND DENISE A. RIVERA,<br><br>Debtors/Appellants. | Case No. 5:15-cv-04402-EJD<br><br>**ORDER TO SHOW CAUSE** |

On November 18, 2016, the court issued a scheduling order that required Appellants to file an opening brief on or before December 12, 2016. Dkt. No. 17. To date, Appellants have not complied as directed.

Accordingly, the court hereby issues an order to show cause why this appeal should not be dismissed for failure to prosecute. If Appellants do not, by **December 20, 2016**, file an opening brief as previously directed or otherwise demonstrate good cause in writing why this appeal should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Bankruptcy Procedure 8003(a)(2). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: December 13, 2016

EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:15-cv-04402-EJD
ORDER TO SHOW CAUSE